1  ALDON BOLANOS, ESQ., SBN. 233915
   NINE TWENTY-FIVE "G" STREET
2  SACRAMENTO, CA 95814
   PH.    916.446.2800
3  FX.    916.446.2828
   WWW.ALDONLAW.COM
4
5  Attorney for Plaintiffs V. McCarthy and K. Schmitt

6

7                UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10
   Victoria McCarthy, Katherine Schmitt,
11                                              Case No.  2:09-CV-02495-WBS-DAD
               Plaintiffs,
12
          vs.
13                                              ORDER ON *EX PARTE* APPLICATION FOR
                                                LEAVE OF COURT TO FILE AN
14 R.J. Reynolds Tobacco Co., DOES 1-10,        OPPOSITION TO DEFENDANT'S MOTION
                                                FOR SUMMARY JUDGMENT AND TO
               Defendants.                      RESET DATE(S) FOR HEARING ON SAME
15

16

17

18

19

20

21

22

23

24

25

26

27  ///

28

                              1

Having received and considered the ex parte filing of plaintiff, the court hereby GRANTS plaintiff's *ex parte* application and ORDERS as follows:

The Court GRANTS plaintiff leave to file an Opposition on or before Monday March 14, 2011.  Defendant's Reply shall be filed on or before Monday March 21, 2011.  Hearing on the motion shall be on **Monday March 28, 2011 at 2:00 p.m. in Courtroom 5**.

IT IS SO ORDERED.

DATED:  March 10, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE