JEFFREY L. ADAMS, Bar No. 148393
ANNE-MARIE WAGGONER, Bar No. 173407
TARUN MEHTA, Bar No. 262886
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
jadams@littler.com
awaggoner@littler.com
tmehta@littler.com

Attorneys for Defendant
R.J. REYNOLDS TOBACCO COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MCCARTHY, KATHERINE SCHMITT,<br><br>Plaintiffs,<br><br>v.<br><br>R.J. REYNOLDS TOBACCO CO., and DOES 1-10,<br><br>Defendants. | Case No.  2:09-CV-02495-WBS-DAD<br><br>**ORDER GRANTING DEFENDANT R.J. REYNOLDS TOBACCO CO.'S EX PARTE APPLICATION TO CONTINUE FINAL PRETRIAL CONFERENCE**<br><br>Date: April 4, 2011<br>Time: 2:00 p.m.<br>Courtroom 5; 14th Floor<br>The Honorable William B. Shubb<br><br>Action Filed: September 4, 2009<br>Trial Date: June 1, 2011 |

Defendant R.J. Reynolds Tobacco Company ("Defendant") having brought its Ex Parte Application to Continue the final Pretrial Conference from April 4, 2011, to May 2, 2011, and having established good cause for such continuance, there being no opposition to the request, this Court hereby GRANTS Defendant's Ex Parte Application as follows:

1. The pre-trial conference scheduled for April 4, 2011, shall be continued until May 2, 2011 at 2:00 p.m.

2. All scheduling deadlines shall be accordingly continued pursuant to the local rules of this Court.

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE FINAL PRETRIAL CONFERENCE          1.

1

2           IT IS SO ORDERED.

Dated: March 23, 2011

3

4

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

[PROPOSED] ORDER GRANTING DEFENDANT'S
EX PARTE APPLICATION TO CONTINUE FINAL
PRETRIAL CONFERENCE

2.