UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

VICTORIA McCARTHY, KATHERINE SCHMITT,

      Plaintiffs,

  v.

R.J. REYNOLDS TOBACCO CO., and DOES 1-10,

      Defendants.
_____/

NO. CIV. 2:09-2495 WBS DAD

ORDER RE: FINAL PRETRIAL ORDER OBJECTIONS

----oo0oo----

The court having received and considered defendant's objections to the court's Final Pretrial Order declines to amend that Order.

IT IS SO ORDERED.

DATED:  May 13, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1