IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTORIA McCARTHY, KATHERINE SCHMITT, | ) ) ) | 2:09-cv-02495-WBS-DAD |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| R.J. REYNOLDS TOBACCO CO., and DOES 1-10, | ) ) ) ) | |
| Defendants. | ) ) | |

Since the parties' confidential settlement statements reveal it would not be fruitful to conduct the settlement conference scheduled for May 19, 2011, that settlement conference is vacated. However, if the parties still desire a settlement conference they should ascertain whether the trial judge is willing to select another settlement judge.

IT IS SO ORDERED.

Dated: May 13, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge