1  JEFFREY L. ADAMS, Bar No. 148393
   ANNE-MARIE WAGGONER, Bar No. 173407
2  TARUN MEHTA, Bar No. 262886
   LITTLER MENDELSON
3  A Professional Corporation
   Treat Towers
4  1255 Treat Boulevard, Suite 600
   Walnut Creek, CA  94597
5  Telephone:    925.932.2468
   jadams@littler.com
6  awaggoner@littler.com
   tmehta@littler.com
7
   Attorneys for Defendant
8  R.J. REYNOLDS TOBACCO CO.

9
                        UNITED STATES DISTRICT COURT
10
                        EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| VICTORIA MCCARTHY, KATHERINE SCHMITT, | Case No.  09-cv-02495-WBS-DAD |
| Plaintiffs, | **DEFENDANT R.J. REYNOLDS TOBACCO COMPANY'S STATEMENT REGARDING ITS PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS** |
| v. | |
| R.J. REYNOLDS TOBACCO CO., and DOES 1-10, | Trial Date: June 1, 2011<br>Time:  9:00 a.m.<br>Courtroom 5; 14th Floor<br>The Honorable William B. Shubb |
| Defendants. | Action Filed: September 4, 2009 |

          Pursuant to the Court's Final Pretrial Order of May 4, 2011 (Docket No. 60) ("Final Pretrial Order"), and Local Rule 163, Defendant respectfully submits the jury instructions and verdict forms filed concurrently herewith.  Despite the Court's directive in its Final Pretrial Order, as of the time of this filing, Plaintiffs VICTORIA MCCARTHY and KATHERINE SCHMITT have not submitted any proposed jury instructions or verdict forms.  Defendant's proposed jury instructions and verdict forms are submitted in an abundance of caution, and without prejudice to or waiver of any of its rights or objections arising out of or relating to Plaintiffs' failure to timely request jury instructions or a verdict form.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DEFENDANT'S STATEMENT REGARDING ITS PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS

(No.  09-cv-02495-WBS-DAD)

Dated: May 20, 2011

          /s/ Anne-Marie Waggoner
          JEFFREY L. ADAMS
          ANNE-MARIE WAGGONER
          LITTLER MENDELSON
          A Professional Corporation
          Attorneys for Defendant
          R.J. REYNOLDS TOBACCO CO.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DEFENDANT'S RESPONSE TO PLAINTIFFS' NON-SUBMISSION OF JURY INSTRUCTIONS & VERDICT FORMS

2.

(No.  09-cv-02495-WBS-DAD)