JEFFREY L. ADAMS, Bar No. 148393
ANNE-MARIE WAGGONER, Bar No. 173407
TARUN MEHTA, Bar No. 262886
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:    925.932.2468
jadams@littler.com
awaggoner@littler.com
tmehta@littler.com

Attorneys for Defendant
R.J. REYNOLDS TOBACCO CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MCCARTHY, KATHERINE SCHMITT,<br><br>Plaintiffs,<br><br>v.<br><br>R.J. REYNOLDS TOBACCO CO., and DOES 1-10,<br><br>Defendants. | Case No.  09-cv-02495-WBS-DAD<br><br>**DEFENDANT R.J. REYNOLDS TOBACCO COMPANY'S PROPOSED VERDICT FORM**<br><br>Trial Date: June 1, 2011<br>Time:  9:00 a.m.<br>Courtroom 5; 14th Floor<br>The Honorable William B. Shubb<br><br>Action Filed: September 4, 2009 |

Pursuant to this Court's Final Pretrial Order filed May 4, 2011, Defendant R.J. Reynolds Co. ("R.J. Reynolds") respectfully submits the following proposed verdict form.  R.J. Reynolds respectfully requests leave to submit revisions to this proposed verdict form based upon the evidence actually adduced at trial or to conform with any rulings of law the Court may render during the course of these proceedings.

Dated: May 20, 2011

/s/ Anne-Marie Waggoner
JEFFREY L. ADAMS
ANNE-MARIE WAGGONER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
R.J. REYNOLDS TOBACCO CO.

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DEFENDANT'S PROPOSED VERDICT FORM          (No.  09-cv-02495-WBS-DAD)

# VERDICT FORM

We, the jury in the above-captioned case, find as follows:

### Plaintiff Victoria McCarthy's Title VII Sexual Harassment Claim

Question 1

Was Plaintiff Victoria McCarthy ("Plaintiff McCarthy") sexually harassed by a supervisor during her employment with Defendant?

____ YES      ____ NO

*If your answer is "Yes," proceed to Question 2.*

*If your answer is "No," proceed to Question 5.*

Question 2

Was the conduct on which you base your finding of liability in Question 1 committed because Plaintiff McCarthy is a female?

____ YES      ____ NO

*If your answer is "Yes," proceed to Question 3.*

*If your answer is "No," proceed to Question 5.*

Question 3

Did Defendant exercise reasonable care to prevent and promptly correct the conduct on which you base your finding of liability in Question 1?

____ YES      ____ NO

*If your answer is "Yes," proceed to Question 4.*

*If your answer is "No," proceed to Question 5.*

Question 4

Did Plaintiff McCarthy unreasonably fail to take advantage of any opportunities provided by Defendant to prevent or correct the conduct on which you base your finding of liability in Question 1?

____ YES      ____ NO

*Proceed to Question 5.*

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DEFENDANT'S PROPOSED VERDICT FORM          2.                          (No.  09-cv-02495-WBS-DAD)

**Plaintiff McCarthy's Title VII Retaliation Claim**

Question 5

Was Plaintiff McCarthy subjected to an adverse employment action in retaliation for engaging in protected conduct under Title VII?

\_\_\_\_ YES       \_\_\_\_ NO

*If you answered "Yes," proceed to Question 6.*

*If you answered "No," but you answered "Yes" to Questions 1 and 2 and "No" to Question 3 or 4, proceed to Question 9.*

*If you answered "No", and you answered "No" to Questions 1 or 2, or "Yes" to both Questions 3 and 4, proceed to Question 12.*

Question 6

What is/are the adverse employment action(s) on which you base your finding of liability in response to Question 5: _____.

*Proceed to Question 7.*

**Plaintiff McCarthy's Tortious Adverse Employment Action Claim**

Question 7

Was Plaintiff McCarthy subjected to a tortious adverse employment action in violation of public policy?

\_\_\_\_ YES       \_\_\_\_ NO

*If you answered "Yes," proceed to Question 8.*

*If you answered "No," but you answered "Yes" to Questions 1 and 2 and "No" to Question 3 or 4, proceed to Question 9.*

*If you answered "No," and you answered "No" to Questions 1 or 2 and "Yes" to Questions 3 and 4, proceed to Question 12.*

Question 8

What is/are the adverse employment action(s) on which you base your finding of liability in response to Question 7: _____.

*Proceed to Question 9.*

Question 9

What amount, if any, do you award Plaintiff McCarthy for emotional distress? If you find that Plaintiff McCarthy is not entitled to any award for emotional distress, then write "zero."

$_____

*If you answered any amount other than "zero," proceed to Question 10.*

*If you answered "zero," proceed to Question 11.*

Question 10

Of the total amount you awarded Plaintiff McCarthy for emotional distress in Question 9:

a. What amount, if any, do you award Plaintiff McCarthy for emotional distress for sexual harassment in violation of Title VII? If none, then write "zero." *(Answer this Question only if you answered "Yes" to Questions 1 and 2 and "No" to Question 3 or 4)*

$_____

b. What amount, if any, do you award Plaintiff McCarthy for emotional distress for retaliation in violation of Title VII? If none, then write "zero." *(Answer this Question only if you answered "Yes" to Question 5.)*

$_____

c. What amount, if any, do you award Plaintiff McCarthy for emotional distress for tortious adverse employment action? If none, then write "zero." *(Answer this Question only if you answered "Yes" to Question 7.)*

$_____

*Proceed to Question 11.*

DEFENDANT'S PROPOSED VERDICT FORM   4.   (No. 09-cv-02495-WBS-DAD)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

Question 11

What amount, if any, of other compensatory damages do you award Plaintiff McCarthy? If you find that Plaintiff McCarthy is not entitled to any other compensatory damages, then write "zero."

$_____

*Proceed to Question 12.*

**Plaintiff Katherine Schmitt's Title VII Sexual Harassment Claim**

Question 12

Was Plaintiff Katherine Schmitt ("Plaintiff Schmitt") sexually harassed by a supervisor during her employment with Defendant?

____ YES    ____ NO

*If your answer is "Yes," proceed to Question 13.*

*If your answer is "No," proceed to Question 16.*

Question 13

Was the conduct on which you base your finding of liability in Question 12 committed because Plaintiff Schmitt is a female?

____ YES    ____ NO

*If your answer is "Yes," proceed to Question 14.*

*If your answer is "No," proceed to Question 16.*

Question 14

Did Defendant exercise reasonable care to prevent and promptly correct the conduct which on which you base your finding of liability in Question 12?

____ YES    ____ NO

*If your answer is "Yes," proceed to Question 15.*

*If your answer is "No," proceed to Question 16.*

DEFENDANT'S PROPOSED VERDICT FORM    5.    (No. 09-cv-02495-WBS-DAD)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

Question 15

Did Plaintiff McCarthy unreasonably fail to take advantage of any opportunities provided by Defendant to prevent or correct the conduct on which you base your finding of liability in Question 12?

\_\_\_\_ YES     \_\_\_\_ NO

*Proceed to Question 16.*

### Plaintiff Schmitt's Title VII Retaliation Claim

Question 16

Was Plaintiff Schmitt subjected to an adverse employment action in retaliation for engaging in protected conduct under Title VII?

\_\_\_\_ YES     \_\_\_\_ NO

*If you answered "Yes," proceed to Question 17.*

*If you answered "No," but you answered "Yes" to Questions 12 and 13 and "No" to Question 14 or 15, proceed to Question 21.*

*If you answered "No", and you answered "No" to Questions 12 or 13, or "Yes" to both Questions 14 and 15, your verdict is complete. Please have the jury foreperson sign and date the form where indicated below and deliver the form to the courtroom deputy with instructions to deliver the form to the Judge.*

Question 17

What is/are the adverse employment action(s) on which you base your finding of liability in response to Question 16: _____.

*Proceed to Question 18.*

### Plaintiff Schmitt's Tortious Adverse Employment Action Claim

Question 18

Did Defendant constructively terminate Plaintiff Schmitt from her employment?

\_\_\_\_ YES     \_\_\_\_ NO

*Proceed to Question 19.*

DEFENDANT'S PROPOSED VERDICT FORM     6.     (No. 09-cv-02495-WBS-DAD)

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

Question 19

Was Plaintiff Schmitt subjected to a tortious adverse employment action in violation of public policy?

____ YES     ____ NO

*If you answered "Yes," proceed to Question 20.*

*If you answered "No," but you answered "Yes" to Questions 12 and 13 and "No" to Question 14 or 15, proceed to Question 21.*

*If you answered "No," and you answered "No" to Questions 12 and 13 and "Yes" to Questions 14 and 15, your verdict is complete. Please have the jury foreperson sign and date the form where indicated below and deliver the form to the courtroom deputy with instructions to deliver the form to the Judge.*

Question 20

What is/are the adverse employment action(s) on which you base your finding of liability in response to Question 19: _____.

*Proceed to Question 21.*

Question 21

What amount, if any, do you award Plaintiff Schmitt for emotional distress? If you find that Plaintiff Schmitt is not entitled to any award for emotional distress, then write "zero."

$_____

*If you answered any amount other than "zero," proceed to Question 22.*

*If you answered "zero," proceed to Question 23.*

Question 22

Of the total amount you awarded Plaintiff Schmitt for emotional distress in Question 21:

a. What amount, if any, do you award Plaintiff Schmitt for emotional distress for sexual harassment in violation of Title VII? If none, then write "zero." *(Answer this Question only if you answered "Yes" to Questions 12 and 13 and "No" to Question 14 or 15.)*

$_____

DEFENDANT'S PROPOSED VERDICT FORM     7.     (No. 09-cv-02495-WBS-DAD)

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

   b. What amount, if any, do you award Plaintiff Schmitt for emotional distress for retaliation in violation of Title VII?  If none, then write "zero."  *(Answer this Question only if you answered "Yes" to Question 16.)*

   $_____

   c. What amount, if any, do you award Plaintiff Schmitt for emotional distress for tortious adverse employment action?  If none, then write "zero."  *(Answer this Question only if you answered "Yes" to Question 19.)*

   $_____

   *Proceed to Question 23.*

Question 23

   What amount, if any, of other compensatory damages do you award Plaintiff Schmitt?  If you find that Plaintiff Schmitt is not entitled to any other compensatory damages, then write "zero."

   $_____

   **YOUR VERDICT IS COMPLETE.**  *Please have the jury foreperson sign and date the form where indicated below and deliver the form to the courtroom deputy with instructions to deliver the form to the Judge.*

Dated: _____, 2011   _____
                  Signature of Jury Foreperson

Firmwide:101783158.2 006886.1028

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DEFENDANT'S PROPOSED VERDICT FORM  8.  (No.  09-cv-02495-WBS-DAD)