UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUN 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

VICTORIA MCCARTHY, et al.,

v.

R.J. REYNOLDS TOBACCO COMPANY

CASE #: **2:09 CV 2495 WBS**

### NOTE FROM THE JURY (NOTE # 1 )

Date: 2011-06-10

Time: 4:30

THE JURY HAS REACHED A UNANIMOUS VERDICT _____

THE JURY REQUESTS THE FOLLOWING:

Jury is finished for the day. Jury is ready for deputy to lead us to the court room to end the day with the judge's comments

Dated 2011-06-10              Foreperson _Jane Frazier_