UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED** JUN 13 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

VICTORIA MCCARTHY, et al.,

v.

R.J. REYNOLDS TOBACCO COMPANY

CASE #: **2:09 CV 2495 WBS**

### NOTE FROM THE JURY (NOTE # 2)

Date: 06/13/11

Time: 1:45 pm

THE JURY HAS REACHED A UNANIMOUS VERDICT __X__

THE JURY REQUESTS THE FOLLOWING:

Dated 06/13/11       Foreperson _June Frazier_