

**FILED**

JUN 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MCCARTHY and KATHERINE SCHMITT, | ) Case No. 2:09-2495 WBS DAD ) ) ) **VERDICT FORM** |
| Plaintiffs, | ) |
| v. | ) ) |
| R.J. REYNOLDS TOBACCO CO., AND DOES 1-10, | ) ) ) |
| Defendant. | ) ) |

## VERDICT FORM - PART I

We, the jury, answer the questions submitted to us as follows:

### SECTION 1: Plaintiff McCarthy's Sexual Harassment Claim

1.  Did McCarthy prove that she was subjected to a sexually hostile work environment while she worked for defendant?

    **X** YES  ____ NO

*If you answered "Yes," proceed to Question 2. If you answered "No," proceed to Question 5.*

2. Did McCarthy prove that she suffered a tangible employment action as a result of the sexual harassment?

    **X** YES    \_\_\_\_ NO

*If you answered "No," proceed to Question 3. If you answered "Yes," your verdict is for McCarthy on this claim and you can proceed to Question 5.*

3. Did defendant exercise reasonable care to prevent and promptly correct the sexually harassing behavior?

    \_\_\_\_ YES    \_\_\_\_ NO

*If you answered "Yes," proceed to Question 4. If you answered "No," proceed to Question 5.*

4. Did McCarthy unreasonably fail to take advantage of any preventive or corrective opportunities defendant provided or unreasonably fail to otherwise avoid the sexually harassing behavior?

    \_\_\_\_ YES    \_\_\_\_ NO

*If you answered "No" to Question 4, your verdict is for McCarthy on this claim. If you answered "Yes" to Question 4, your verdict is for defendant on this claim. Proceed to Question 5.*

### SECTION 2: Plaintiff McCarthy's Retaliation Claim

5. Did McCarthy prove that she engaged in or was engaging in an activity protected by federal law?

    **X** YES    \_\_\_\_ NO

*If you answered "Yes," proceed to Question 6. If you answered "No," proceed to Question 9.*

6. Did McCarthy prove that defendant subjected her to an adverse employment action?

    **X** YES    \_\_\_\_ NO

*If you answered "Yes," proceed to Question 7. If you answered "No," proceed to Question 9.*

7. Did McCarthy prove that the protected activity she engaged in was a motivating factor in the adverse employment action by defendant?

    **X** YES    \_\_\_\_ NO

*If you answered "Yes," proceed to Question 8. If you answered "No," proceed to Question 9.*

8. Did defendant prove that it would have subjected McCarthy to the adverse employment action(s) even if McCarthy had not participated in a protected activity?

____ YES  **x** NO

*If you answered "No" to Question 8, your verdict is for McCarthy on this claim. If you answered "Yes" to Question 8, your verdict is for defendant on this claim. Proceed to Question 9.*

### SECTION 3: Damages on Plaintiff McCarthy's Claims

*Answer this Section only if your verdict was for McCarthy on one or both of her claims. If your verdict was for defendant on both of McCarthy's claims, proceed to Part II.*

9. If your verdict was for McCarthy on one or both of her claims (Sections 1 and/or 2 of Part I of this Verdict Form), what amount of compensatory damages, if any, do you award McCarthy on the claim or claims that you found she proved?

    $ _150,000.00_

*If you entered an amount greater than zero for Question 9, proceed to Question 11. If you entered the amount of zero, answer Question 10.*

10. If you found for McCarthy on one or both of her claims (Sections 1 and/or 2 of Part I of this Verdict Form), but found no compensatory damages under Question 9, McCarthy is entitled to an award of nominal damages, which cannot exceed $1.00. What award of nominal damages do you find McCarthy should receive based on her claim or claims?

    $ _____

*Proceed to Question 11.*

11. If you found for McCarthy on one or both of her claims (Sections 1 and/or 2 of Part I of this Verdict Form), do you find that the defendant's conduct for which you found it liable on McCarthy's claim or claims was malicious, oppressive, or in reckless disregard of McCarthy's rights?

    **x** YES  ____ NO

*If you answered "Yes," proceed to Question 12. If you answered "No," proceed to Part II.*

12. What amount of punitive damages, if any, do you award McCarthy on her claim or claims?

    $ _250,000.00_

3

*Proceed to Part II.*

# VERDICT FORM - PART II

## SECTION 1: Plaintiff Schmitt's Sexual Harassment Claim

1. Did Schmitt prove that she was subjected to a sexually hostile work environment while she worked for defendant?

    **X** YES ____ NO

*If you answered "Yes," proceed to Question 2. If you answered "No," proceed to Question 5.*

2. Did Schmitt prove that she suffered a tangible employment action as a result of the sexual harassment?

    **X** YES ____ NO

*If you answered "No," proceed to Question 3. If you answered "Yes," your verdict is for Schmitt on this claim and you can proceed to Question 5.*

3. Did defendant exercise reasonable care to prevent and promptly correct the sexually harassing behavior?

    ____ YES ____ NO

*If you answered "Yes," proceed to Question 4. If you answered "No," proceed to Question 5.*

4. Did Schmitt unreasonably fail to take advantage of any preventive or corrective opportunities defendant provided or unreasonably fail to otherwise avoid the sexually harassing behavior?

    ____ YES ____ NO

*If you answered "No" to Question 4, your verdict is for Schmitt on this claim. If you answered "Yes" to Question 4, your verdict is for defendant on this claim. Proceed to Question 5.*

## SECTION 2: Plaintiff Schmitt's Retaliation Claim

5. Did Schmitt prove that she engaged in or was engaging in an activity protected by federal law?

    **X** YES ____ NO

*If you answered "Yes," proceed to Question 6. If you answered "No," proceed to Question 9.*

4

6.  Did Schmitt prove that defendant subjected her to an adverse employment action?

    _X_ YES   ___ NO

*If you answered "Yes," proceed to Question 7. If you answered "No," proceed to Question 9.*

7.  Did Schmitt prove that the protected activity she engaged in was a motivating factor in the adverse employment action by defendant?

    _X_ YES   ___ NO

*If you answered "Yes," proceed to Question 8. If you answered "No," proceed to Question 9.*

8.  Did defendant prove that it would have subjected Schmitt to the adverse employment action(s) even if Schmitt had not participated in a protected activity?

    ___ YES   _X_ NO

*If you answered "No" to Question 8, your verdict is for Schmitt on this claim. If you answered "Yes" to Question 8, your verdict is for defendant on this claim. Proceed to Question 9.*

### SECTION 3: Damages on Plaintiff Schmitt's Claims

*Answer this Section only if your verdict was for Schmitt on one or both of her claims. If your verdict was for defendant on both of Schmitt's claims, you have completed this Verdict Form and should have the Foreperson sign and date it on the last page.*

9.  If your verdict was for Schmitt on one or both of her claims (Sections 1 and/or 2 of Part II of this Verdict Form), what amount of compensatory damages, if any, do you award Schmitt on the claim or claims that you found she proved?

    $ _150,000.00_

*If you entered an amount greater than zero for Question 9, proceed to Question 11. If you entered the amount of zero, answer Question 10.*

10. If you found for Schmitt on one or both of her claims (Sections 1 and/or 2 of Part II of this Verdict Form), but found no compensatory damages under Question 9, Schmitt is entitled to an award of nominal damages, which cannot exceed $1.00. What award of nominal damages do you find Schmitt should receive based on her claim or claims?

    $ _____

*Proceed to Question 11.*

5

11. If you found for Schmitt on one or both of her claims (Sections 1 and/or 2 of Part II of this Verdict Form), do you find that the defendant's conduct for which you found it liable on Schmitt's claim or claims was malicious, oppressive, or in reckless disregard of Schmitt's rights?

   _X_ YES  ____ NO

*If you answered "Yes," proceed to Question 12. If you answered "No," you have completed this Verdict Form and should have the Foreperson sign and date it below.*

12. What amount of punitive damages, if any, do you award Schmitt on her claim or claims?

   $ 250,000.00

*You have completed the Verdict Form. Have the foreperson sign and date the Verdict Form.*

Dated: 06/13/11           _____
                                    Foreperson

6