**Trial Work Time Sheet - Roger Kosla – Law Clerk**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Victoria McCarthy, Katherine Schmitt v. R.J. Reynolds Tobacco Co.
Case No. 2:09-CV-02495

| Date | Work Type | Description | Hours Worked |
|---|---|---|---|
| May 24, 2011 | Drafting | Research re: Plaintiff's Request for Judicial Notice of 10-K SEC Filing | 1 |
| May 25, 2011 | Research (Westlaw), Drafting | Research on Defendant's Motions in Limine, including harmless error in failing to disclose damage calculations under FRCP 26(a) and FRCP 37(c), lay witnesses testimony on damages, and inclusion of Jared LaLonde as a witness after discovery cut-off. Preparation of outline and rough of Plaintiff's Trial Brief/Responsive Brief and Oppositions to Defendant's Motion In Limine. Making Exhibits available to Defendants | 9 |
| May 26, 2011 | Research (Westlaw) | Research of Defendant's trial brief with emphasis on their stated affirmative defense. | 3.5 |
| May 27, 2011 | Research (Westlaw), Trial Preparation, Drafting | Research of Defendant's objections to Motion in Limine. | 3 |
| May 30, 2011 | Research (Westlaw), Drafting, Trial Preparation | Research re: Defendant's Response to Objections in motion in Limine. Photocopying of Plaintiff's Trial Exhibits into 4 binders as required from Local Rules. Purchase of numbered tabs and binders from OfficeMax. | 9 |
| May 31, 2011 | Research (Google), Drafting, Trial Preparation | Researching Model Ninth Circuit Jury Instructions. Drafting outline of objections to Defendant's proposed jury instructions. Drafting outline of Plaintiff's supplemental jury instruction. | 9 |
| June 1, 2011 | Trial Time, Research (Westlaw) | Some witness preparation, Attending Trial (9:05 a.m. to 4:30 p.m). Legal research on hearsay including limited admissions of hearsay, research on Defendant's objections to Trial Exhibits, research on business record exception to hearsay. (7:00 p.m. to 11:00 p.m.) | 11 |
| June 2, 2011 | Trial Time | Attending Trial (9:00 am to 4:30 p.m.). Responsible to keep documents organized, exhibits when demanded, and make | 8 |

| Date | Task | Description | Hours |
|---|---|---|---|
| June 3, 2011 | Trial Preparation, Research (Westlaw) | observations, note exhibits that were admitted to evidence. Organization of Defendant's Trial Exhibits in 5" Binder with multiple set of tabs. Expenses incurred: 5" binder, tabs from Staples. Reading and analysis of Defendant's trial exhibits for helpful exhibits. Research hearsay. | 9 |
| June 6, 2011 | Trial Preparation | Review and analysis of trial notes, admitted exhibits, and further review of Defendant's helpful exhibits. | 8 |
| June 7, 2011 | Trial Time, Research | Attending Trial (9:00 a.m. to 4:30 p.m.), took notes on admitted exhibits, relevant deposition testimony used, and skimmed deposition testimony | 8 |
| June 8, 2011 | Trial Time, Research (Westlaw), Drafting | Attended Trial (9:00 a.m. to 4:30 p.m.). Research on Defendant's Motion for judgment as a matter of law. Drafting Plaintiff's opposition to Defendant's Motion for judgment as a matter of law (7:00 p.m. to 11:00 p.m.) | 11 |
| June 9, 2011 | Trial Time, Research (Westlaw) | Attended Trial (9:00 a.m. to 4:30 p.m.). Research on Defendant's proposed verdict form from home, Research on punitive damages in response to Defendant's citation of *Adams* at trial (7:00 p.m. to 11 p.m.)  Additional research on expert witness cross examination strategy as well as review of his reports against Plaintiffs. | 11 |
| June 10, 2011 | Drafting, Trial Time, Research and Analysis | Drafting Plaintiff's second Request for Judicial Notice (7:00 a.m. to 8:00 a.m.). Discussed closing argument. Attended trial (9:00 a.m. to 4:30 p.m.). Responsible to organize exhibits in order for closing arguments. | 9 |
| June 13, 2011 | Trial Time | Attended Trial to hear jury verdict after received a call from the court's clerk. (2:00 p.m. – 3:00 p.m.) | 1 |
| Total | | | 110.5 |