Aldon L. Bolanos, Esq., SBN. 233915
Law Offices of Aldon Bolanos
925 "G" Street
Sacramento, CA 95814
PH.  916.446.2800
Fx.  916.446.2828
www.aldonlaw.com

Attorney for Plaintiffs V. McCarthy and K. Schmitt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victoria McCarthy, Katherine Schmitt,<br><br>         Plaintiffs,<br><br>    vs.<br><br>R.J. Reynolds Tobacco Co., DOES 1-10,<br><br>Defendants. | Case No.  2:09-CV-02495-WBS-DAD<br><br>**PLAINTIFFS' OPPOSITION TO EX PARTE APPLICATION**<br><br>**Hon. William B. Schubb** |

   Plaintiffs oppose the defense motion for a stay on the grounds that 1) it should have been brought sooner, not on the day of enforcement of the levy on Costco; and 2) the defendant should be required to post a bond with the court in the amount of the judgment plus 25% and requested award of attorneys' fees.

   Defense counsel approached plaintiff's counsel two weeks' ago regarding a stipulation to stay enforcement of the judgment.  Plaintiff's counsel responded that it

1

1 was amenable to such a stipulation, so long as the
2 defense posted a bond with the court.
3     Then the defense was not heard from again until
4 Friday afternoon, the 15th of July, the business day
5 prior to scheduled execution on the levy.
6     Plaintiffs do not wish to squander the judicial
7 resource, and regret this ex parte application became
8 necessary, yet continue to insist that a bond is proper
9 and just under these circumstances.

Respectfully submitted,

Dated: JUNE 15, 2011          /s/ Aldon L. Bolanos, Esq.

                              ALDON L. BOLANOS, ESQ.
                              ATTORNEY FOR PLAINTIFFS