```
JEFFREY L. ADAMS, Bar No. 148393
ANNE-MARIE WAGGONER, Bar No. 173407
TARUN MEHTA, Bar No. 262886
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
jadams@littler.com
awaggoner@littler.com
tmehta@littler.com

Attorneys for Defendant
R.J. REYNOLDS TOBACCO COMPANY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MCCARTHY, KATHERINE SCHMITT,<br><br>            Plaintiffs,<br><br>     v.<br><br>R.J. REYNOLDS TOBACCO CO., and DOES 1-10,<br><br>            Defendants. | Case No.  2:09-CV-02495-WBS-DAD<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT R.J. REYNOLDS TOBACCO COMPANY'S *EX PARTE* APPLICATION TO STAY EXECUTION AND ENFORCEMENT OF JUDGMENT PENDING DISPOSITION OF POST-TRIAL MOTIONS**<br><br>Date: July 18, 2011<br>Courtroom 5; 14th Floor<br>The Honorable William B. Shubb<br><br>Action Filed:  September 4, 2009<br>Trial Date:     June 1, 2011 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant R.J. Reynolds Tobacco Company ("Defendant") hereby withdraws its *ex parte* application to (1) stay the execution and enforcement of the Judgment entered on June 14, 2011, until final disposition of Defendant's post-trial motions, which are noticed for hearing on August 29, 2011; or (2) in the alternative, to advance the hearing date on Defendant's motion to stay enforcement of the Judgment, which is currently noticed for August 1, 2011, to July 18, 2011, at 2:00 p.m.  The reason for the withdrawal is that counsel for the

*EX PARTE* APPLICATION TO STAY
EXECUTION AND ENFORCEMENT OF         1.
JUDGMENT (NO.  2:09-CV-02495-WBS-DAD)

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

parties were able to reach a Stipulation on the issues presented by the *ex parte* application, thus obviating the need for it. Said Stipulation was e-filed with the Court on July 18, 2011 (Docket No. 123) after the instant *ex parte* application was filed.

Dated: July 18, 2011

/s/ Anne-Marie Waggoner
ANNE-MARIE WAGGONER
LITTLER MENDELSON
Attorneys for Defendant
R.J. REYNOLDS TOBACCO COMPANY

Firmwide:102842561.1 006886.1028

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

*EX PARTE* APPLICATION TO STAY EXECUTION AND ENFORCEMENT OF JUDGMENT (NO. 2:09-CV-02495-WBS-DAD)

2.