JEFFREY L. ADAMS, Bar No. 148393
ANNE-MARIE WAGGONER, Bar No. 173407
TARUN MEHTA, Bar No. 262886
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:    925.932.2468
jadams@littler.com
awaggoner@littler.com
tmehta@littler.com

Attorneys for Defendant
R.J. REYNOLDS TOBACCO COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MCCARTHY, KATHERINE SCHMITT,<br><br>              Plaintiffs,<br><br>     v.<br><br>R.J. REYNOLDS TOBACCO CO., and DOES 1-10,<br><br>              Defendants. | Case No.  2:09-CV-02495-WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING EXECUTION AND ENFORCEMENT OF JUDGMENT PENDING DISPOSITION OF POST-TRIAL MOTIONS** |

Plaintiffs Victoria McCarthy and Katherine Schmitt ("Plaintiffs") and Defendant R.J. Reynolds Tobacco Company ("Defendant") hereby stipulate and agree as follows:

WHEREAS Defendant has filed a motion to stay enforcement of the Judgment entered in the above-captioned action on June 14, 2011 ("Judgment"), which is noticed for hearing on August 1, 2011;

WHEREAS Defendant has filed a motion for judgment as a matter of law, or in the alternative, a motion for new trial and/or to alter or amend the judgment, pursuant to Federal Rules of Civil Procedure 50 and 59 ("Defendant's Post-Trial Motions"), which are noticed for hearing on August 29, 2011;

WHEREAS the automatic 14-day stay of enforcement and execution of the Judgment

STIPULATION STAYING EXECUTION AND ENFORCEMENT OF JUDGMENT (NO.  2:09-CV-02495-WBS-DAD)   1.

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

in Federal Rule of Civil Procedure 62(a) has expired; and

WHEREAS Plaintiff has filed a motion for an award of statutory attorneys' fees and costs, which is noticed for hearing on August 1, 2011.

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. Defendant shall post a bond with this Court in the amount of 125 percent of the Judgment, for a total of $1,000,000.00 (one million dollars and zero cents) on or before July 20, 2011;

2. Said bond shall be subject to payment for any award of statutory attorneys' fees and costs; and

3. Any and all enforcement and execution of the Judgment shall be stayed under Federal Rule of Civil Procedure 62 until final disposition of Defendant's Post-Trial Motions.

IT IS SO STIPULATED.

Dated: July 18, 2011

/s/ Anne-Marie Waggoner, Esq.
ANNE-MARIE WAGGONER
LITTLER MENDELSON
Attorneys for Defendant
R.J. REYNOLDS TOBACCO COMPANY

Dated: July 18, 2011

/s/ Aldon L. Bolanos, Esq.
ALDON L. BOLANOS
Attorneys for Plaintiffs
VICTORIA MCCARTHY AND
KATHERINE SCHMITT

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION STAYING EXECUTION AND ENFORCEMENT OF JUDGMENT (NO. 2:09-CV-02495-WBS-DAD)   2.

# **ORDER**

Pursuant to the foregoing Stipulation, IT IS ORDERED that all enforcement and execution of the Judgment in the above-captioned action, entered on June 14, 2011, shall be STAYED pending final disposition of Defendant R.J. Reynolds Tobacco Company's post-trial motions, which are noticed for hearing on August 29, 2011. The August 1, 2011 hearing on Defendant's Motion to Stay Enforcement of Judgment Pursuant to Rule 62 (docket entry #111) is vacated.

IT IS SO ORDERED.

Dated: July 18, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION STAYING EXECUTION AND ENFORCEMENT OF JUDGMENT (NO. 2:09-CV-02495-WBS-DAD)    3.