**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**
One Tower Square, Hartford, Connecticut 06183
(Surety's address for service pursuant to Section 995.320 CCP is
21688 Gateway Center, Diamond Bar, CA 91765)

Bond #105607342

**Court Undertaking**
**SURETY:**
(Address of Surety for service of notices, papers and other documents

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED
JUL 20 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Victoria McCarthy,
Katherine Schmitt

Plaintiffs,

vs.

R.J. Reynolds Tobacco Co., etal,

Defendants.

No. 2:09-CV-02495

**UNDERTAKING FOR STAY OF EXECUTION OF MONEY JUDGMENT PENDING APPEAL**

WHEREAS, a judgment has been rendered against R.J. Reynolds Tobacco Co. _____, in favor of Victoria McCarthy and Katherine Schmitt in aggregate penal sum of Eight Hundred Thousand and 00/100-------------------------------------------------- Dollars ($800,000.00) and,

WHEREAS, R.J. Reynolds Tobacco Co. _____ desires to give undertaking for Stay of Execution of Money Judgment Pending Appeal as provided by Fed. R.Civ. P.62

NOW, THEREFORE, the undersigned Surety, does hereby obligate itself to _____ Plaintiffs _____, under said statutory obligations in the maximum aggregate penal sum of One Million and 00/100-------------------------------------------------- Dollars ($1,000,000.00) as guarantee that R.J. Reynolds Tobacco Co. _____ shall perform and abide with all of the terms and conditions of the Judgment filed in this proceeding and of such further orders and decrees as may be entered.

IN TESTIMONY WHEREOF, the said Surety has caused its corporate name and seal to be hereunto affixed by its duly authorized officer at Philadelphia, PA _____, on this 18th day of July, 2011.

Travelers Casualty and Surety Company of America

By _____
Wayne G. McVaugh   Attorney-in-Fact

## CORPORATE ACKNOWLEDGEMENT-SURETY

STATE OF PENNSYLVANIA

                ss.

COUNTY OF PHILADELPHIA

On this 18th of July, 2011, before me came Wayne G. McVaugh, to me known, who, being by me duly sworn, did depose and say that he/she resides in Philadelphia, PA, that he/she is Attorney-in-Fact of Travelers Casualty and Surety Company of America, the corporation described in and which executed the foregoing instrument as principal; that he/she knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he/she signed his name thereto by like order.

                                                    Notary Public: Rosemarie Caponi
                                                    My commission expires: August 4, 2013

```
COMMONWEALTH OF PENNSYLVANIA
         NOTARIAL SEAL
ROSEMARIE CAPONI, Notary Public
  City of Philadelphia, Phila. County
My Commission Expires August 4, 2013
```

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

HARTFORD, CONNECTICUT 06183

FINANCIAL STATEMENT AS OF DECEMBER 31, 2010

CAPITAL STOCK $ 6,480,000

| ASSETS | | LIABILITIES & SURPLUS | |
|---|---|---|---|
| CASH AND INVESTED CASH | $ 40,788,176 | UNEARNED PREMIUMS | $ 813,054,297 |
| BONDS | 3,817,487,280 | LOSSES | 920,220,402 |
| INVESTMENT INCOME DUE AND ACCRUED | 53,309,217 | REINSURANCE PAYABLE ON PAID LOSSES / LOSS ADJ. EXPENSES | 2,528,742 |
| PREMIUM BALANCES | 179,028,702 | LOSS ADJUSTMENT EXPENSES | 477,495,945 |
| NET DEFERRED TAX ASSET | 57,793,379 | COMMISSIONS | 31,967,828 |
| REINSURANCE RECOVERABLE | 28,980,685 | TAXES, LICENSES AND FEES | 53,078,869 |
| RECEIVABLES FROM PARENT, SUBSIDIARIES AND AFFILIATES | 34,025,660 | OTHER EXPENSES | 34,529,822 |
| SECURITIES LENDING REINVESTED COLLATERAL ASSETS | 11,844,000 | FUNDS HELD UNDER REINSURANCE TREATIES | 96,187,983 |
| UNDISTRIBUTED PAYMENTS | 4,507,656 | CURRENT FEDERAL AND FOREIGN INCOME TAXES | 3,320,537 |
| OTHER ASSETS | 513,768 | REMITTANCES AND ITEMS NOT ALLOCATED | 9,426,732 |
| | | AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 25,591,395 |
| | | RETROACTIVE REINSURANCE RESERVE ASSUMED | 3,289,970 |
| | | POLICYHOLDER DIVIDENDS | 7,479,605 |
| | | PROVISION FOR REINSURANCE | 5,357,627 |
| | | PAYABLE FOR SECURITIES LENDING | 11,844,000 |
| | | CEDED REINSURANCE NET PREMIUMS PAYABLE | (60,388,527) |
| | | OTHER ACCRUED EXPENSES AND LIABILITIES | 1,053,975 |
| | | TOTAL LIABILITIES | $ 2,436,034,011 |
| | | CAPITAL STOCK | $ 6,480,000 |
| | | PAID IN SURPLUS | 433,803,760 |
| | | OTHER SURPLUS | 1,361,940,752 |
| | | TOTAL SURPLUS TO POLICYHOLDERS | $ 1,802,224,512 |
| TOTAL ASSETS | $ 4,238,258,523 | TOTAL LIABILITIES & SURPLUS | $ 4,238,258,523 |

STATE OF CONNECTICUT   )
COUNTY OF HARTFORD    ) SS.
CITY OF HARTFORD      )

MICHAEL J. DOODY, BEING DULY SWORN, SAYS THAT HE IS SECOND VICE PRESIDENT, OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID COMPANY AS OF THE 31ST DAY OF DECEMBER, 2010.

SUBSCRIBED AND SWORN TO BEFORE ME THIS
15TH DAY OF APRIL, 2011

SECOND VICE PRESIDENT

NOTARY PUBLIC

SUSAN M. WEISSLEDER
*Notary Public*
*My Commission Expires November 30, 2012*

**TRAVELERS J**

| | |
|---|---|
| Farmington Casualty Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Company | Travelers Casualty and Surety Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |
| St. Paul Guardian Insurance Company | |

Attorney-In Fact No. 222635

Certificate No. 003772608

**KNOW ALL MEN BY THESE PRESENTS**: That St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc., is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Darella White, Richard G. Dicciani, Richard A. Jacobus, Mary C. O'Leary, Douglas R. Wheeler, Maureen McNeill, Wayne G. McVaugh, Rosemarie Caponi, Elizabeth Marrero, and Sandra E. Bronson

of the City of __Philadelphia__, State of __Pennsylvania__, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this __15th__ day of __July__, __2010__.

| | |
|---|---|
| Farmington Casualty Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Company | Travelers Casualty and Surety Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |
| St. Paul Guardian Insurance Company | |

State of Connecticut
City of Hartford ss.

By: _George W. Thompson, Senior Vice President_

On this the __15th__ day of __July__, __2010__, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.



**In Witness Whereof,** I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2011.

_Marie C. Tetreault, Notary Public_

58440-4-09 Printed in U.S.A.