JEFFREY L. ADAMS, Bar No. 148393
ANNE-MARIE WAGGONER, Bar No. 173407
TARUN MEHTA, Bar No. 262886
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
Facsimile:    925.946.9809
jadams@littler.com
awaggoner@littler.com
tmehta@littler.com

Attorneys for Defendant
R.J. REYNOLDS TOBACCO CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MCCARTHY, KATHERINE SCHMITT,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>R.J. REYNOLDS TOBACCO CO., and DOES 1-10,<br><br>　　　　　　Defendants. | Case No.  09-cv-02495-WBS-DAD<br><br>**DEFENDANT R.J. REYNOLDS TOBACCO CO.'S EX PARTE APPLICATION TO CONTINUE PLAINTIFFS' MOTION FOR STATUTORY ATTORNEYS' FEES**<br><br>Date Presently Set:  August 1, 2011<br>Time:  2:00 p.m.<br>Courtroom 5<br>The Honorable William B. Shubb |

　　　　　　Pursuant to L.R. 230(f), Defendant R.J. Reynolds Tobacco Company ("Defendant") files this *ex parte* application to continue Plaintiffs Victoria McCarthy and Katherine Schmitt's ("Plaintiffs") Motion for Statutory Attorneys' Fees until August 29, 2011, the same date noticed for hearing of Defendants' post-trial motions for judgment as a matter of law, or in the alternative, for new trial or to amend the Judgment.

　　　　　　Plaintiffs filed their Motion for Statutory Attorneys' Fees on June 15, 2011, requesting attorneys' fees as the prevailing parties on their Title VII claims.  On July 11, 2011, Defendant timely filed a Motion for Judgment as a Matter of Law Pursuant to Rule 50(B) of the Federal Rules of Civil Procedure, or, in the Alternative, for a New Trial Pursuant to Rule 59, and a Motion to Amend or Alter the Judgment.  Defendant's motion is set to be heard on August 29, 2011.

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DEFENDANT'S EX PARTE APPLICATION TO CONTINUE MOTION FOR STATUTORY ATTORNEYS' FEES (NO. 09-CV-02495-WBS-DAD)

1.

Defendant is requesting Plaintiffs' motion be continued to August 29, 2011, because if the Court grants either Defendant's motion for judgment as a matter of law or motion for a new trial, then Plaintiffs will not be the prevailing party and will not be entitled to statutory attorney's fees pursuant to Title VII. 42 U.S.C. § 2000e-5(k) (2011). In the interests of efficiency, and to conserve the Court's time and resources, Defendant requests both motions be heard on August 29, 2011.

This *ex parte* application is not being submitted for any improper or dilatory purpose. Defendant's counsel e-mailed Plaintiffs' counsel on July 22, 2011, asking if he would stipulate to the requested continuance. Plaintiffs' counsel responded simply, "[Y]ea right. No." See Exhibit "A" to the Declaration of Anne-Marie Waggoner in support of the instant ex parte application ("Waggoner Decl.") On July 25, 2011, Defendant's counsel e-mailed Plaintiffs' counsel to advise that Defendant would be making the instant *ex parte* application. See Exhibit "B" to Waggoner Decl. Defendant's counsel has not received a response to that e-mail as of the time of filing this application to confirm whether or not Plaintiffs will oppose the request for continuance.

For all of the foregoing reasons, Defendant respectfully requests that this Court grant its *ex parte* application to continue Plaintiffs' Motion for Statutory Attorneys' Fees from August 1, 2011, to August 29, 2011.

Dated: July 25, 2011

/S/ ANNE-MARIE WAGGONER
JEFFERY ADAMS
ANNE-MARIE WAGGONER
TARUN MEHTA
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
R.J. REYNOLDS TOBACCO CO.

Firmwide:102959843.1 006886.1028

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DEFENDANT'S EX PARTE APPLICATION TO CONTINUE MOTION FOR STATUTORY ATTORNEYS' FEES (NO. 09-CV-02495-WBS-DAD)

2.