JEFFREY L. ADAMS, Bar No. 148393
ANNE-MARIE WAGGONER, Bar No. 173407
TARUN MEHTA, Bar No. 262886
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
jadams@littler.com
awaggoner@littler.com
tmehta@littler.com

Attorneys for Defendant
R.J. REYNOLDS TOBACCO COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MCCARTHY, KATHERINE SCHMITT,<br><br>Plaintiffs,<br><br>v.<br><br>R.J. REYNOLDS TOBACCO CO., and DOES 1-10,<br><br>Defendants. | Case No.  2:09-CV-02495-WBS-DAD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT R.J. REYNOLDS TOBACCO CO.'S EX PARTE APPLICATION TO CONTINUE PLAINTIFFS' MOTION FOR STATUTORY ATTORNEYS' FEES**<br><br>Date Presently Set: August 1, 2011<br>Time: 2:00 p.m.<br>Courtroom 5<br>The Honorable William B. Shubb |

Defendant R.J. Reynolds Tobacco Company ("Defendant") having brought its Ex Parte Application to Continue Plaintiffs' Motion for Statutory Attorneys' Fees from August 1, 2011, to August 29, 2011, this Court hereby GRANTS Defendant's Ex Parte Application as follows:

The hearing on Plaintiffs' Motion for Statutory Attorneys' Fees, shall be continued from August 1, 2011, until **August 29, 2011 at 2:00 p.m.**

IT IS SO ORDERED.

Dated: _____, 2011

_____
Hon. William B. Shubb
United States District Court Judge

Firmwide:102960332.1 006886.1028

[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APP. TO CONTINUE PLAINTIFFS' MOTION FOR STATUTORY ATTORNEYS' FEES
(NO.  09-CV-02495-WBS-DAD)

1.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468