JEFFREY L. ADAMS, Bar No. 148393
ANNE-MARIE WAGGONER, Bar No. 173407
TARUN MEHTA, Bar No. 262886
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
Telephone:   925.932.2468
Facsimile:    925.946.9809
jadams@littler.com
awaggoner@littler.com
tmehta@littler.com

Attorneys for Defendant
R.J. REYNOLDS TOBACCO CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MCCARTHY, KATHERINE SCHMITT,<br><br>Plaintiffs,<br><br>v.<br><br>R.J. REYNOLDS TOBACCO CO., and DOES 1-10,<br><br>Defendants. | Case No. 09-cv-02495-WBS-DAD<br><br>**DECLARATION OF ANNE-MARIE WAGGONER IN SUPPORT OF DEFENDANT R.J. REYNOLDS TOBACCO CO.'S EX PARTE APPLICATION TO CONTINUE PLAINTIFFS' MOTION FOR STATUTORY ATTORNEYS' FEES**<br><br>Date Presently Set: August 1, 2011<br>Time: 2:00 p.m.<br>Courtroom 5<br>The Honorable William B. Shubb |

I, ANNE-MARIE WAGGONER, declare as follows:

　　　　1.　　I am an attorney at law duly licensed to practice before this Court and the courts of the State of California. I am a Shareholder in Littler Mendelson, P.C., attorneys of record for Defendant R.J. Reynolds Tobacco Company ("Defendant") in the above-captioned action. I make this declaration of my own personal knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the facts stated in this declaration.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DECL. OF ANNE-MARIE WAGGONER ISO DEFENDANT'S EX PARTE APP. TO CONTINUE MOTION FOR STATUTORY ATTORNEYS' FEES (NO. 09-CV-02495-WBS-DAD)

1.

2. On July 11, 2011, Defendant filed its Motion for Judgment as a Matter of Law Pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, or, in the Alternative, for a New Trial Pursuant to Rule 59, and a Motion to Amend or Alter the Judgment. The hearing on Defendant's motions is noticed for August 29, 2011, at 2:00 p.m. before this Court.

3. I e-mailed Plaintiffs' counsel, Aldon L. Bolanos, on July 22, 2011, inquiring if he would agree to stipulate to continue Plaintiffs' Motion for Statutory Attorneys' Fees from August 1, 2011, to August 29, 2011. He responded, "yeah right. No." Attached as **Exhibit A** is a true and correct copy of this e-mail chain.

4. I e-mailed Mr. Bolanos on July 22, 2011, to advise him that Defendant would be making the instant *ex parte* application. As of the time of signing this declaration, I have not received a response from Mr. Bolanos to my e-mail. Attached as **Exhibit B** is a true and correct copy of my e-mail to Plaintiffs' counsel.

5. Defendant is requesting that the hearing on Plaintiffs' motion for attorney's fees be continued to August 29, 2011, because the outcome of Defendant's post-trial motions may obviate the need for a hearing on Plaintiffs' motion for attorney's fees, e.g., one or both Plaintiffs may not be the prevailing parties on their Title VII claims.

I declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing declaration is true and correct.

Executed this 25th day of July, 2011, in Walnut Creek, California.

/S/ ANNE-MARIE WAGGONER
ANNE-MARIE WAGGONER

Firmwide:102960161.1 006886.1028

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DECL. OF ANNE-MARIE WAGGONER ISO
DEFENDANT'S EX PARTE APP. TO CONTINUE
MOTION FOR STATUTORY ATTORNEYS' FEES
(NO. 09-CV-02495-WBS-DAD)

2.

# EXHIBIT A

**From:** aldon33@gmail.com [mailto:aldon33@gmail.com] **On Behalf Of** Aldon L. Bolanos, Esq.
**Sent:** Friday, July 22, 2011 2:26 PM
**To:** Waggoner, Anne-Marie; Waggoner, Anne-Marie
**Subject:** Re: McCarthy v. R.J. Reynolds [LM-FW.FID2406330]

yeah right. No.

On Fri, Jul 22, 2011 at 1:46 PM, Waggoner, Anne-Marie <AWaggoner@littler.com> wrote:
> Hi, Aldon. Would you be willing to stipulate to continue the hearing on the attorneys' fee motion to August 29, the same date as the hearing on the post-trial motions? It makes sense to have all of the motions heard on the same date. Please let me know. Thanks.
>
> Anne-Marie
>
> **Anne-Marie Waggoner,** Shareholder
> 925.932.2468 main  925.407.8396 fax  AWaggoner@littler.com
> Treat Towers, 1255 Treat Blvd, Suite 600 | Walnut Creek, CA 94597
>
> Littler | littler.com
> Employment & Labor Law Solutions Worldwide
>
> ----
>
> To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
>
> This email may contain confidential and privileged material for the sole use of the intended recipient (s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.
>
> To reply to our email administrator directly, send an email to postmaster@littler.com
>
> Littler Mendelson, P.C.
> http://www.littler.com

EXHIBIT B

| | |
|---|---|
| **From:** | Waggoner, Anne-Marie [AWaggoner@littler.com] |
| **Sent:** | Monday, July 25, 2011 10:09 AM |
| **To:** | Aldon L. Bolanos, Esq. |
| **Subject:** | RE: McCarthy v. R.J. Reynolds [LM-FW.FID2406330] |
| **Attachments:** | logo.jpg |


logo.jpg

       Today, R.J. Reynolds will be making an ex parte application to continue the hearing on the motion for attorney's fees to August 29, 2011.

---

From: aldon33@gmail.com [mailto:aldon33@gmail.com] On Behalf Of Aldon L. Bolanos, Esq.
Sent: Friday, July 22, 2011 2:26 PM
To: Waggoner, Anne-Marie
Subject: Re: McCarthy v. R.J. Reynolds [LM-FW.FID2406330]

yeah right. No.

On Fri, Jul 22, 2011 at 1:46 PM, Waggoner, Anne-Marie <AWaggoner@littler.com<mailto:AWaggoner@littler.com>> wrote:
Hi, Aldon.  Would you be willing to stipulate to continue the hearing on the attorneys' fee motion to August 29, the same date as the hearing on the post-trial motions?  It makes sense to have all of the motions heard on the same date.  Please let me know.  Thanks.

Anne-Marie

Anne-Marie Waggoner, Shareholder
925.932.2468 main   925.407.8396<tel:925.407.8396> fax
AWaggoner@littler.com<mailto:AWaggoner@littler.com>
Treat Towers, 1255 Treat Blvd, Suite 600 | Walnut Creek, CA 94597

[cid:423000817@25072011-06F7] |    <http://www.littler.com/> littler.com <http://www.littler.com/>
Employment & Labor Law Solutions Worldwide   <http://www.littler.com/>

----

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, send an email to
postmaster@littler.com<mailto:postmaster@littler.com>

Littler Mendelson, P.C.
http://www.littler.com<http://www.littler.com/>