UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MCCARTHY, KATHERINE SCHMITT,<br><br>  Plaintiffs,<br><br>  v.<br><br>R.J. REYNOLDS TOBACCO CO., and DOES 1-10,<br><br>  Defendants. | Case No.  2:09-CV-02495-WBS-DAD<br><br>**ORDER DENYING DEFENDANT R.J. REYNOLDS TOBACCO CO.'S EX PARTE APPLICATION TO CONTINUE PLAINTIFFS' MOTION FOR STATUTORY ATTORNEYS' FEES** |

Defendant R.J. Reynolds Tobacco Company's Ex Parte Application to Continue Plaintiffs' Motion for Statutory Attorneys' Fees from August 1, 2011, to August 29, 2011, is hereby DENIED. If counsel for either side wishes to appear by telephone at the hearing on the motion, they may do so by informing the court and opposing counsel on or before Thursday, July 28, 2011.

　　　　　　　　IT IS SO ORDERED.

Dated: July 26, 2011

　　　　　　　　　　　　　　　　　　　　　*/s/ William B. Shubb/*
　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Firmwide:102960332.1 006886.1028

[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APP. TO CONTINUE PLAINTIFFS' MOTION FOR STATUTORY ATTORNEYS' FEES
(NO. 09-CV-02495-WBS-DAD)

1.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468