# EXHIBIT 4

JEFFREY L. ADAMS, Bar No. 148393
ANNE-MARIE WAGGONER, Bar No. 173407
TARUN MEHTA, Bar No. 262886
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
jadams@littler.com
awaggoner@littler.com
tmehta@littler.com

Attorneys for Defendant
R.J. REYNOLDS TOBACCO COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MCCARTHY, KATHERINE SCHMITT, <br><br> Plaintiffs, <br><br> v. <br><br> R.J. REYNOLDS TOBACCO CO., and DOES 1-10, <br><br> Defendants. | Case No. 2:09-CV-02495-WBS-DAD <br><br> **STIPULATION AND [PROPOSED] ORDER STAYING EXECUTION AND ENFORCEMENT OF JUDGMENT PENDING DISPOSITION OF POST-TRIAL MOTIONS** |

Plaintiffs Victoria McCarthy and Katherine Schmitt ("Plaintiffs") and Defendant R.J. Reynolds Tobacco Company ("Defendant") hereby stipulate and agree as follows:

WHEREAS Defendant has filed a motion to stay enforcement of the Judgment entered in the above-captioned action on June 14, 2011 ("Judgment"), which is noticed for hearing on August 1, 2011;

WHEREAS Defendant has filed a motion for judgment as a matter of law, or in the alternative, a motion for new trial and/or to alter or amend the judgment, pursuant to Federal Rules of Civil Procedure 50 and 59 ("Defendant's Post-Trial Motions"), which are noticed for hearing on August 29, 2011;

WHEREAS the automatic 14-day stay of enforcement and execution of the Judgment

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION STAYING EXECUTION AND
ENFORCEMENT OF JUDGMENT (NO. 2:09-CV-
02495-WBS-DAD)                                         1.

1  in Federal Rule of Civil Procedure 62(a) has expired; and

2      WHEREAS Plaintiff has filed a motion for an award of statutory attorneys' fees and
3  costs, which is noticed for hearing on August 1, 2011.

4      IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

5      1.    Defendant shall post a bond with this Court in the amount of 125 percent of
6  the Judgment, for a total of $1,000,000.00 (one million dollars and zero cents) on or before July 20,
7  2011;

8      2.    Said bond shall be subject to payment for any award of statutory attorneys'
9  fees and costs; and

10      3.    Any and all enforcement and execution of the Judgment shall be stayed under
11  Federal Rule of Civil Procedure 62 until final disposition of Defendant's Post-Trial Motions.

12      IT IS SO STIPULATED.

13
14  Dated: July 18, 2011

15                            /s/ Anne-Marie Waggoner, Esq.
                             ANNE-MARIE WAGGONER
16                             LITTLER MENDELSON
                             Attorneys for Defendant
17                             R.J. REYNOLDS TOBACCO COMPANY
   Dated: July 18, 2011
18

19                            /s/ Aldon L. Bolanos, Esq.
                             ALDON L. BOLANOS
20                             Attorneys for Plaintiffs
                             VICTORIA MCCARTHY AND
21                             KATHERINE SCHMITT

22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION STAYING EXECUTION AND
ENFORCEMENT OF JUDGMENT (NO. 2:09-CV-     2.
02495-WBS-DAD)

## ORDER

Pursuant to the foregoing Stipulation, IT IS ORDERED that all enforcement and execution of the Judgment in the above-captioned action, entered on June 14, 2011, shall be STAYED pending final disposition of Defendant R.J. Reynolds Tobacco Company's post-trial motions, which are noticed for hearing on August 29, 2011. The August 1, 2011 hearing on Defendant's Motion to Stay Enforcement of Judgment Pursuant to Rule 62 (docket entry #111) is vacated.

IT IS SO ORDERED.

Dated: July 18, 2011

*(signature)*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION STAYING EXECUTION AND ENFORCEMENT OF JUDGMENT (NO. 2:09-CV-02495-WBS-DAD)   3.