1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                        ----oo0oo----

11

12   VICTORIA McCARTHY, KATHERINE        NO. CIV. 2:09-2495 WBS DAD
     SCHMITT,
13
              Plaintiffs,               ORDER RE: EX PARTE APPLICATION
14                                       TO CONTINUE MOTION
          v.
15
     R.J. REYNOLDS TOBACCO CO., and
16   DOES 1-10,

17            Defendants.
                                      /
18

19                        ----oo0oo----

20        On July 11, 2011, defendant filed a post-trial motion,

21   (Docket No. 117), that included citations to two LexisNexis

22   cases, Estate of Gonzalez v. Hickman, 2007 U.S. Dist. LEXIS 84390

23   (C.D. Cal. June 28, 2007), and Davis v. Harris, 2006 U.S. Dist.

24   LEXIS 88000 (C.D. Ill. Dec. 5, 2006).  Plaintiffs' counsel

25   apparently does not have a subscription to LexisNexis.

26   Plaintiffs' counsel filed an opposition to the motion on August

27   15, 2011, (Docket No. 139), and on the same day asked defense

28   counsel for copies of the two cases, which defense counsel

                                  1

1  provided.   (Mehta Decl. ¶ 5 (Docket No. 141-1).)  On August 17,

2  2011, plaintiffs' counsel filed an ex parte application seeking a

3  one-week postponement of the hearing on defendant's post-trial

4  motion, an opportunity to file a second opposition, and an order

5  requiring defendant to provide to plaintiffs the two cases.

6  (Docket No. 140.)  Plaintiffs' counsel did not provide an

7  explanation for his failure to request the cases until this time,

8  twelve days before the hearing on defendant's motion.

9           Plaintiffs' counsel was apparently unable to find the

10  two cases by searching by case name on Westlaw, where the court

11  was easily able to find both cases, or by searching on Google

12  Scholar, where the court was able to find Davis v. Harris, or by

13  paying for access to LexisNexis.  Plaintiffs' counsel also

14  apparently failed to take advantage of the free LexisNexis

15  service provided in the Sacramento County Public Law Library.

16           Any competent attorney should be able to get access to

17  these cases, especially one who has held himself out as

18  exceptionally competent in this field to the extent of requesting

19  attorney's fees at an hourly rate of $375.00.  The court will not

20  postpone the hearing simply because plaintiffs' counsel cannot

21  perform the basic legal research.  Any legal argument regarding

22  the cases can be made at the hearing on defendant's motion.

23           Plaintiffs' ex parte application to continue

24  defendant's motion is therefore DENIED.

25  DATED:  August 18, 2011

26

27  _____
    WILLIAM B. SHUBB

28  UNITED STATES DISTRICT JUDGE

2