```
ALDON L. BOLANOS, ESQ., SBN. 233915
LAW OFFICES OF ALDON BOLANOS
925 G STREET
SACRAMENTO, CA 95814
PH.  916.446.2800
Fx.  916.446.2828
WWW.ALDONLAW.COM
```

Attorney for Plaintiffs V. McCarthy and K. Schmitt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victoria McCarthy, Katherine Schmitt,<br><br>Plaintiffs,<br><br>vs.<br><br>R.J. Reynolds Tobacco Co., DOES 1-10,<br><br>Defendants. | Case No.  2:09-CV-02495-WBS-DAD<br><br>DECLARATION OF CURT W. MOLLOY, ESQ. IN SUPPORT OF SECOND MOTION FOR STATUTORY ATTORNEYS' FEES INCURRED AFTER TRIAL AND COSTS INCURRED<br><br>**Date: October 11, 2011**<br>**Time: 02:00 p.m.**<br>**Ctrm: 05**<br><br>**Hon. William B. Schubb** |

    I, Curt W. Molloy, Esq., declare as follows:

1.  I have been retained by plaintiffs in this action to assist lead counsel Aldon L. BOlanos, Esq., in connection with all post-trial law and motion work in this matter.  I have personal knowledge of the averments in this affidavit.  If called I could and would testify competently to everything contained herein.

1

2.   I am a highly experienced attorney with extensive experience litigating all manner of civil litigation matters, including a substantial employment-related practice.  My customary hourly rate has generally exceeded three hundred dollars per hour for all litigation and transactional work and therefore, three hundred per hour is a "reasonable" rate for purposes of this motion and in this legal community.

3.   Since being retained, I have tracked my time expended in this matter in much the same way Mr. Bolanos tracks his time: I use a MS Word document and input the exact activities and time at the conclusion of each day.  That time is provided herein as Exhibit A.

4.   In this case, I began to track my time as the case went to trial.  I was present throughout the trial and generated substantial notes and memoranda which contained what I believed would be key issues on post-trial motions and ultimately on appeal of this action.

5.   My role here has been to assist with the research, strategy, and writing of all briefs in opposition to R.J. Reynolds' post-trial motions to stay the case, for a new trial, for a directed verdict, and to amend the judgment.  Additionally, at the instruction of Mr. Bolanos, because the judgment was amended to conform to a statutory cap, I have not included my time expended in opposing the motion in that regard.

6.   My contemporaneous time records from this case *for all post-trial work only* are attached hereto as Exhibit A.  Based on these records, I worked approximately 76 hours on this case over the course of the post-trial work.

7.   In light of these rates and the reasonable amount of hours expended as set forth below, I believe that a reasonable, just and fair attorney fee award for the services rendered in this case after the trial and up to the decision on the defendant's post-trial motions is **$22,800.00**.

I declare on penalty of perjury under the laws of the United States that the foregoing is true and correct so help me God.

Dated: September 09, 2011    */s/ Curt W. Molloy, Esq.*

                                    CURT W. MOLLOY, ESQ.

EXHIBIT A

| | | |
|---|---|---|
| 110628 | RECEIPT AND REVIEW AND ANALYSIS OF MOTION TO STAY ENFORCEMENT OF JUDGMENT FILED BY DEFENSE AND ACCOMPANYING DECLARATION AND DOCUMENTARY EXHIBITS (1.6); MEET WITH BOLANOS RE: SAME (.3); RESEARCH CASES CITED BY THE DEFENSE AND AVAILABILITY OF DEFENSE TO PUNITIVE DAMAGES (3.5). | |
| 110629 | CONTINUE LEGAL RESEARCH ON DEFENSE MOTION (2.0). | |
| 110631 | CONTINUED LEGAL RESEARCH (2.0). | |
| 110701 | MEET WITH AB (2.0). | |
| 110711 | REVIEW DEFENSE MOTION AND MEET WITH AB (2.0). | |
| 110715 | REVIEW DRAFT OPPOSITION AND MEET WITH AB (.8). | |
| 110716 | REVISE OPPOSITION AND MEET WITH AB (3.0). | |
| 110718 | REVIEW EX PARTE AND OPPOSITION AND MEET WITH AB (2.0). REVIEW STIPULATION AND MEET WITH AB (.6); | |
| 110719 | REVIEW COURT ORDER AND MEET WITH AB AND LEGAL RESEARCH ON DEFENSE OPPOSITION PAPERS CASES CITED (5.0). | |
| 110720 | TELEPHONE WITH AB (.4). | |
| 110723 | REVIEW AND REVISE REPLY PAPERS AND TELEPHONE WITH AB (2.0). | |
| 110724 | REVIEW AND REVISE REPLY PAPERS AND TELEPHONE WITH AB (2.0). | |
| 110726 | REVIEW DEFENSE EX PARTE AND TELEPHONE WITH AB (1.3). | |
| 110801 | MEET WITH AB AND ATTEND MOTION HEARING (4.0). | |

| | | |
|---|---|---|
| 110803 | RECEIVE AND REVIEW COURT ORDER AND TELEPHONE WITH AB AND LEGAL RESEARCH (6.0). | |
| 110810 | REVIEW AND REVISE SUPPLEMENTAL BRIEFING AND MEET WITH AB (3.0). | |
| 110811 | REVIEW DEFENSE MOTION AND LEGAL RESEARCH OF CASES CITED (6.0). | |
| 110812 | LEGAL RESEARCH ON DEFENSE MOTION AND MEET WITH AB (6.0). | |
| 110813 | LEGAL RESEARCH AND MEET WITH AB (6.0). | |
| 110814 | REVISE OPPOSITION PAPERS AND MEET WITH AB (5.5). | |
| 110822 | REVIEW DEFENSE FILING AND MEET WITH AB (2.0). | |
| 110824 | LEGAL RESEARCH AND MEET WITH AB (3.0). | |
| 110829 | MEET WITH AB AND ATTEND HEARING (2.0). | |
| 110809 | REVIEW COURT ORDER AND MEET WITH AB AND LEGAL RESEARCH RE: APPEAL (3.0). | |
| TOTAL: | 76.0 | |