UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**VICTORIA MCCARTHY, ET AL.,**
  Plaintiff

  v.                                              **CASE NO. 2:09−CV−02495−WBS−DAD**

**R.J. REYNOLDS TOBACCO COMPANY,**
  Defendant

  You are hereby notified that a Notice of Appeal was filed on **September 08, 2011** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

September 13, 2011

**VICTORIA C. MINOR
CLERK OF COURT**

  **by:** /s/ A. Kastilahn

  Deputy Clerk