1  JEFFREY L. ADAMS, Bar No. 148393
   ANNE-MARIE WAGGONER, Bar No. 173407
2  TARUN MEHTA, Bar No. 262886
   LITTLER MENDELSON
3  A Professional Corporation
   Treat Towers
4  1255 Treat Boulevard, Suite 600
   Walnut Creek, CA  94597
5  Telephone:   925.932.2468
   jadams@littler.com
6  awaggoner@littler.com
   tmehta@littler.com
7
   Attorneys for Defendant
8  R.J. REYNOLDS TOBACCO COMPANY

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| VICTORIA MCCARTHY, KATHERINE SCHMITT, | Case No.  2:09-CV-02495-WBS-DAD |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER STAYING EXECUTION AND ENFORCEMENT OF JUDGMENT PENDING APPEAL** |
| v. | |
| R.J. REYNOLDS TOBACCO CO., and DOES 1-10, | Courtroom 5; 14th Floor<br>The Honorable William B. Shubb |
| Defendants. | Action Filed: September 4, 2009<br>Trial Date:    June 1, 2011 |

Plaintiffs Victoria McCarthy and Katherine Schmitt ("Plaintiffs") and Defendant R.J. Reynolds Tobacco Company ("Defendant") hereby stipulate and agree as follows:

WHEREAS Defendant has appealed the Court's Order pertaining to Defendant's motion for renewed judgment, motion for a new trial and amended judgment and has appealed the Court's order of September 14, 2011, granting Plaintiffs' motion for attorneys fees; and

WHEREAS Defendant has previously posted a bond in the amount of $1,000,000 (One Million Dollars) which is more than 125% of the total amount awarded to Plaintiffs in judgment and as attorneys' fees and costs (including any fees or costs that may be awarded in connection with Plaintiffs' remaining unresolved motion for post-judgment fees);

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

[PROPOSED] ORDER APPROVING BOND (NO.
2:09-CV-02495-WBS-DAD)                         1.

1  IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

2  Any and all enforcement and execution of the Judgment, inclusive of attorneys fees or

3  costs that have been or may be awarded, shall be stayed under Federal Rule of Civil Procedure 62

4  until final disposition of Defendant's Appeals with the Ninth Circuit Court of Appeals.

5  IT IS FURTHER STIPULATED that no additional bond need be posted with the

6  District Court in connection with the Appeals and the amount of the bond is sufficient.

7  IT IS SO STIPULATED.

8  Dated: September 21, 2011    /s/ Jeffrey L. Adams_____
          JEFFREY L. ADAMS
9         LITTLER MENDELSON, P.C.
          Attorneys for Defendant
10        R.J. REYNOLDS TOBACCO COMPANY

11

12 Dated: September 21, 2011    /s/ Aldon L. Bolanos_____
          ALDON L. BOLANOS
13        Attorneys for Plaintiffs
          VICTORIA MCCARTHY AND
14        KATHERINE SCHMITT

15

16                          **ORDER**

17  Pursuant to the foregoing Stipulation, IT IS ORDERED that the Court approves the

18 bond and that all enforcement and execution of the Judgment, inclusive of attorneys' fees or costs

19 that have been or may be awarded in the above-captioned action, shall be STAYED pending final

20 disposition of Defendant R.J. Reynolds Tobacco Company's Appeals.

21  IT IS SO ORDERED

22 DATED: September 22, 2011

          WILLIAM B. SHUBB
          UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING BOND (NO. 2:09-CV-02495-WBS-DAD)    2.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468