JEFFREY L. ADAMS, Bar No. 148393
ANNE-MARIE WAGGONER, Bar No. 173407
TARUN MEHTA, Bar No. 262886
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
jadams@littler.com
awaggoner@littler.com
tmehta@littler.com

Attorneys for Defendant
R.J. REYNOLDS TOBACCO COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MCCARTHY, KATHERINE SCHMITT,<br><br>Plaintiffs,<br><br>v.<br><br>R.J. REYNOLDS TOBACCO CO., and DOES 1-10,<br><br>Defendants. | Case No.  09-cv-02495-WBS-DAD<br><br>**DECLARATION OF TARUN MEHTA IN SUPPORT OF DEFENDANT R.J. REYNOLDS TOBACCO COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES INCURRED AFTER TRIAL AND COSTS**<br><br>Date: October 11, 2011<br>Time: 2:00 p.m.<br>Courtroom 5; 14th Floor<br>The Honorable William B. Shubb |

I, TARUN MEHTA, declare:

1.    I am an attorney at law duly licensed to practice before the courts of the State of California.  I am an associate at Littler Mendelson, P.C., attorneys of record for Defendant R. J. Reynolds Tobacco Company ("Defendant") in the above-entitled action.  I make this declaration of my own personal knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.  If called as a witness, I could and would testify competently to the facts stated in this declaration.

2.    I have reviewed the billing records for Defendant for matters that occurred post-trial, and know that the total amount of time billed to Defendant for all post-trial work (excluding appellate work and work solely pertaining to the attorneys' fees motion), including, but

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DECLARATION OF TARUN MEHTA                                              (No.  09-cv-02495-WBS-DAD)

not limited to, all time billed for filing Defendant's motion for judgment or a new trial, and Defendant's motion to stay execution and enforcement of the judgment, including all reply papers filed in support thereof, total 154.2 hours.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 27, 2011 at Walnut Creek, California.

/s/ *Tarun Mehta*
TARUN MEHTA

Firmwide:103975019.1 006886.1028

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DECLARATION OF TARUN MEHTA    2.    (No. 09-cv-02495-WBS-DAD)