JEFFREY L. ADAMS, Bar No. 148393
ANNE-MARIE WAGGONER, Bar No. 173407
TARUN MEHTA, Bar No. 262886
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:     925.932.2468
jadams@littler.com
awaggoner@littler.com
tmehta@littler.com

Attorneys for Defendant
R.J. REYNOLDS TOBACCO COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MCCARTHY, KATHERINE SCHMITT,<br><br>            Plaintiffs,<br><br>    v.<br><br>R.J. REYNOLDS TOBACCO CO., and DOES 1-10,<br><br>            Defendants. | Case No.  2:09-CV-02495-WBS-DAD<br><br>**ORDER DISCHARGING SUPERSEDEAS BOND**<br><br>**BOND NO. 105607342** |

WHEREFORE, a judgment was rendered against R.J. Reynolds Tobacco Co., in favor of Plaintiffs Victoria McCarthy and Katherine Schmitt on June 14, 2011 (Docket No. 108);

WHEREFORE, on July 20, 2011, Travelers Casualty and Surety Company of America filed an UNDERTAKING FOR STAY OF EXECUTION OF MONEY JUDGMENT PENDING APPEAL, Bond Number 105607342 (Docket No. 128);

WHEREFORE, on December 16, 2011, the Plaintiffs, through their counsel, executed an Acknowledgement of Satisfaction of Judgment (Docket No. 186), signed and dated December 5, 2011.  That Acknowledgement concedes that:

> Plaintiffs and Judgment Creditors Victoria McCarthy and Katherine Schmitt (a.k.a. Katherine Montechelle) acknowledge that Defendant and Judgment Debtor R.J. Reynolds Tobacco Co. has,

pursuant to the parties' agreement of December 1, 2011, satisfied in full: (1) the judgment entered of Plaintiffs on June 14, 2011, as modified by the Memorandum and Order re: Motion for Judgment as a matter of Law, for a New Trial, and to Amend or Alter the Judgment filed on September 8, 2011; (2) the order dated September 14, 2011 awarding Plaintiffs $147,738 in attorneys' fees and costs; and (3) the order dated October 17, 2011 awarding Plaintiffs $34,000 in attorneys' fees.

(Docket No. 186).

It is ORDERED AND ADJUDGED that the judgment has been fully satisfied, as evidenced by the Acknowledgement of Satisfaction of Judgment filed and aforementioned, a copy of which is attached hereto, and therefore the Supersedeas Bond is no longer required, is hereby fully and unconditionally discharged, released and exonerated and Travelers hereby released from any and all past, present and future liability arising under or in connection with the Supersedeas Bond.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of the Court is hereby directed to forthwith release and said Supersedeas Bond recorded with this Court to Jeffrey Adams, Esq., for immediate return to Travelers.

DATED: January 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE